CGFI3 (12/01/2020)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21–17748–AJC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jorge Perez
aka Jorge Alberto Perez
9600 Overseas Hwy #M4
Key Largo, FL 33037

SSN: xxx–xx–4667

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **August 9, 2021**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form or Local Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Service Matrix.** The petition must be accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices".
**NOTE: No further extension of this deadline will be granted by the court.**
Matrix was deficient as indicated:    **NOT FILED.**
**Deadline to correct deficiency: 8/16/21**

**Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
**Deadline to correct deficiency: 8/23/21**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 8/23/21**

  Official Bankruptcy Form 106, Summary of Your Assets and Liabilities and Certain Statistical Information

  Official Bankruptcy Form 106A/B, Schedule A/B: Property

  Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

  Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

  Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

  Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

  Official Bankruptcy Form 106H, Schedule H: Your Codebtors

  Official Bankruptcy Form 106I, Schedule I: Your Income

  Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable)
  Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration About an Individual Debtor's Schedules** (Official Bankruptcy Form 106) was not filed or was not signed.
**Deadline to correct deficiency: 8/23/21**

- ☐ Declaration not filed
- ☐ Declaration not signed
- ☒ Declaration must be filed with deficient schedules listed above

**Your Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) was not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 8/23/21**

- ☒ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Original Signature Requirement** Debtor must file original petition or other original document(s) containing the original wet signature of the debtor within 14 days from electronic transmission. See Administrative Order 2020–07.
**Deadline to correct deficiency: 8/23/21**

**Filing Fee** Debtor must remit filing fee or initial installment payment in the amount of $ payable to Clerk, U.S. Court. Only certified check or money order (cash will not be accepted by mail). Case number must be included on the certified check or money order. Filer should include a self–addressed stamped envelope if a receipt is requested. See Administrative Order 2020–07.
**Deadline to correct deficiency: 8/23/21**

**Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 122C–1) was not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 8/23/21**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated: **NOT FILED.**
**Deadline to correct deficiency: 8/23/21**

**Certification of Budget and Credit Counseling Course** for the DEBTOR not filed. See Bankruptcy Rule 1007–1(b)(3) and Local Rule 1007–1(D). A copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency must be filed.
**Deadline to correct deficiency: 8/23/21**

**IMPORTANT:** *The deadline to file the certificate of credit counseling cannot be extended unless there are exigent circumstances which prevented you from obtaining the credit counseling briefing [See 11 U.S.C. 109(h)(3)].*

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** 8/9/21                                  **Clerk of Court**
                                                                   By: Katrinka Covington , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.