Jorge Perez

96000 Overseas Hwy M4

Key Largo ,FL 33037

CASE NUMBER: 21-17748 AJC

CHAPTER 13

SERVICE MATRIX

AMERICAN EXPRESS

P.O BOX 650448

DALLAS , TX 75265

CAPITAL ONE 360

P.O BOX 60

ST. CLOUD ,MN 56302